CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 06-0084 (RJL) |
| | ) | |
| #1: HENDERSON A. JOSEPH | ) | Category   B |
| | ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>August 22, 2007</u> from <u>Judge Richard J. Leon</u> to <u>The Calendar Committee</u>  by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

<u>JUDGE ELLEN SEGAL HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:  <u>Judge Leon</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Criminal Case Processing Clerk
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk